IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WAYNE E. LOCKE,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br>INTERNATIONAL PAPER COMPANY<br>LONG-TERM DISABILITY PLAN, and<br>SEDGWICK CLAIMS MANAGEMENT<br>SERVICES, INC.,<br><br>  Defendants. | No. 2:22-cv-2593-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed July 11, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice, (ECF No. 40), filed May 25, 2023, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 26, 2023
Date